Argued and submitted March 18, affirmed April 17, 1991

MID-COUNTY FUTURE
ALTERNATIVES COMMITTEE,
Peter M. Smith and Dorothy Smith,
*Petitioners,*

*v.*

PORTLAND METROPOLITAN AREA
LOCAL GOVERNMENT
BOUNDARY COMMISSION,
City of Portland and City of Gresham,
*Respondents.*

(2121, 2123, 2124, 2125, 2126, 2136, 2137,
2138, 2139, 2149, 2151, 2152, 2163, 2166,
2167, 2178, 2184, 2192, 2193, 2196, 2202,
2207, 2209, 2208, 2216, 2217, 2225, 2236,
2237, 2238, 2239, 2247, 2248, 2249, 2250,
2251, 2262, 2264, 2265, 2266, 2267, 2271,
2272, 2277, 2280, 2285, 2290, 2292, 2293,
2305, 2306, 2307, 2291, 2321, 2354;
CA A36971 (Control), A36972, A36973, A36974,
A36975, A37424, A37425, A37426, A37427, A38315,
A38316, A38317, A38684, A38685, A38686, A39302,
A39303, A40022, A40023, A40024, A40025, A40026,
A40027, A40305, A40306, A40307, A40308, A40997,
A40998, A40999, A41000, A41319, A41320, A41321,
A41322, A41323, A41639, A41640, A41641, A41642,
A41643, A41644, A41645, A41957, A41960, A42253,
A42254, A42255, A42256, A42546, A42547, A42548,
A42872, A44285, A44287)
(Cases Consolidated)

809 P2d 1358

Gregory W. Byrne, Portland, argued the cause for petitioners. On the brief was George E. Birnie, Portland.

Michael D. Reynolds, Assistant Solicitor General, Salem, argued the cause for respondent Portland Metropolitan Area Local Government Boundary Commission. With him on the brief were Dave Frohnmayer, Attorney General, Virginia L.

Linder, Solicitor General, and Linda DeVries Grimms, Assistant Attorney General, Salem.

Jeffrey L. Rogers, City Attorney, and Adrianne Brockman, Senior Deputy City Attorney, Portland, filed the brief for respondent City of Portland.

Matthew R. Baines, Assistant City Attorney, Gresham, argued the cause for respondent City of Gresham. With him on the brief was Thomas Sponsler, City Attorney, Gresham.

Before Richardson, Presiding Judge, and Deits and Riggs, Judges.

PER CURIAM